

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>525 Magoffin Ave., Suite 105<br>El Paso, Texas 79901 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

**January 17, 2024**

Attorney Name: Lauren M. Esparza, The Leon Law Firm, P.C.
Address: One Sugar Creek Center Blvd., Ste. 980, Sugar Land Texas, 77478

Re: 3:24-cv-00016-KC, Edgar Omar Valdivia., Plaintiff, vs Liberty Oilfield Services LLC., Defendant

Dear counsel:

Our records indicate that you are not admitted to practice in the Western District of Texas. Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

Please submit a Motion to Appear Pro Hac Vice requesting the Court's permission to appear in the above-captioned cause, along with a $100 filing fee. Applications for permanent admission to the bar and Local Court Rules for the Western District of Texas are available on our website at www.txwd.uscourts.gov.

Please note – Pursuant to Local Court Rule AT-2, if you are an attorney residing outside the Western District of Texas, the court may require you to designate local counsel in this case.

Sincerely,

Philip J. Devlin, Clerk
United States District Court

By: ____D. Trujillo____
Deputy Clerk


cc: all counsel