UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Edgar Omar Valdivia v Liberty Oilfield Services, LLC

2. Civil action number: 7:24-CV-126

3. Nature of suit: personal injury

4. Date of Mediation: 10/28/25

5. When did the case settle?  ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee?   $ 1,700.00   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Carlos A. Leon Piero A. Garcia Lauren
Address: THE LEON LAW FIRM, P.C.
One Sugar Creek Center Blvd., Ste. 980
Phone: Sugar Land, Texas 77478
(281) 980-4529

Name: Brennon Gamblin
Address: TYSON & MENDES, LLP
3223 S. Loop 289. Suite 600
Lubbock, Texas 79423
Phone: Telephone: (806) 370-3524
Facsimile: (806) 224-1286

9. Additional comments:

/s/ Denis Dennis
Signature of Neutral

P.O. Box 1311
Address

Odessa, Texas   79762

10/27/25
Date

432-367-7271
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*